IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL TRAVIS BUCKLEY　　　*

　　　　　Plaintiff,　　　　　　　*

　　　　　　　　　　　　　　　　*　　CASE NO.: 2:07cv1119-WKW

vs.　　　　　　　　　　　　　　*

BARBOUR COUNTY, ALABAMA　　　　*

　　　　　　　　　　　　　　　　*

　　　　　Defendant.　　　　　　*

（RECEIVED DEC 2 6 2007 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.）

## COMPLAINT
## JURISDICTION

1. Michael Travis Buckley, hereinafter referred to as Plaintiff, was 19 years of age or older and a resident of Mobile County, Alabama on November 10, 2006, the date of the incident complained of herein.

2. The Defendant, Barbour County Alabama ("Barbour County"), was acting under Color of State Law on November 10, 2006.

3. The Plaintiff is a resident of Mobile County, Alabama and at the time of his injury was incarcerated by the State of Alabama Department of Corrections. The Plaintiff was by contract loaned to Barbour County for work involving debris removal from county roadways. The Plaintiff was injured while in the care, custody and/or control of Barbour County. This Court maintains jurisdiction on the claims brought by the Plaintiff under 42 U.S.C. §1983 for violation of the Plaintiff's rights



SCANNED

under the 8th and 14th Amendments to the United States Constitution and all other claims setforth herein.

## FACTS

4. On or about November 10, 2006, the Plaintiff was an inmate under the protection of the State of Alabama Department of Corrections after being charged with a minor drug offense. As part of the sentence, the Plaintiff was required to report to work. By agreement with Barbour County, the State of Alabama Department of Corrections transferred the Plaintiff to Barbour County for purposes of right-of-way debris removal and clearance.

5. On or about the aforementioned day, the Plaintiff, while working under the direct supervision and custody of Barbour County was caused to suffer a broken back while working in a ditch when a co-employee/inmate using a chainsaw cut down a tree which landed on the Plaintiff.

6. Defendant Barbour County placed Plaintiff in a dangerous work environment with knowledge that Plaintiff had risk of serious harm. As a result of Barbour County's deliberate indifference to the substantial risk of serious harm to Plaintiff, the Plaintiff was rendered a paraplegic as a result of the injuries that he received. As a proximate result, Plaintiff suffered pain and suffering , past and future medical expenses, permanent injury and emotional distress.

## COUNT I
### Section 1983

7. Plaintiff adopts and realleges the allegations setforth in paragraphs 1-6 of Plaintiff's complaint as if setforth fully and completely herein.

8. While acting under the color of state law, Defendant Barbour County violated Plaintiff's rights under the Eight and Fourteenth Amendments to the United States Constitution through its deliberate indifference to the substantial risk of serious harm to the Plaintiff, which is tantamount to cruel and unusual punishment. Defendant Barbour County is liable under 42 U.S.C. § 1983 for the injuries sustained by Plaintiff, which were proximately caused by the deprivation of his constitutional rights.

WHEREFORE, Plaintiff demands judgment against Defendant Barbour County for compensatory and punitive damages in that amount allowed by law in excess of $75,000.00, together with costs and attorneys fees.

## COUNT II
### *Ala. Code* § 14-8-40

9. Plaintiff adopts and realleges the allegations setforth in paragraph 1-8 of his complaint as if setforth fully and completely herein.

10. Defendant Barbour County was willfully negligent in demanding that Plaintiff work in a work environment which it knew would subject him to a substantial risk of injury.

11. As a proximate result of Defendant's willful negligence, Plaintiff was caused to suffer a permanent, debilitating injury which rendered him a paraplegic.

WHEREFORE, the above premises considered, Plaintiff demands judgment against Defendant Barbour County for compensatory and punitive damages allowed by law plus costs of Court.

Respectfully Submitted,
McFADDEN, LYON & ROUSE, L.LC.
Attorneys for Plaintiff

Thomas H. Benton (BENTT7091)
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
Telephone: (251) 342-9172
Facsimile: (251) 342-9457
E-mail: tbenton@mlrlawyers.com

Bryan Duhe (DUHEB6339)
Attorney for Plaintiff
2500 Dauphin Street
Mobile, Alabama 36606
Telephone: (251) 479-6500
Facsimile: (251) 479-3575
E-mail: bryanduhe@aol.com

**DEFENDANTS MAY BE SERVED AS FOLLOWS:**

By Certified Mail:
Barbour County, Alabama
c/o County Administrator
Jackie Guthrie
Post Office Box 398
Clayton, Alabama 36016

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002369
Cashier ID: brobinso
Transaction Date: 12/26/2007
Payer Name: MCFADDEN LYON AND ROUSE
------------------------------------
CIVIL FILING FEE
 For: MCFADDEN LYON AND ROUSE
 Case/Party: D-ALM-2-07-CV-001119-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 146326
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

BUCKLEY V. BARBOUR CO
```