IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL TRAVIS BUCKLEY, *

    Plaintiff, *

vs. * CASE NO.: 2:07cv1119-WKW

BARBOUR COUNTY, ALABAMA *

    Defendant. *

**INTERROGATORIES AND REQUEST FOR PRODUCTION
TO DEFENDANT, BARBOUR COUNTY**

Pursuant to the Federal Rules of Civil Procedure, the Plaintiff propounds the following Interrogatories and Requests for Production to Defendant, Barbour County:

    1. Provide the name, address and telephone number of each and every individual who was responsible for assisting in providing responses to these Interrogatories and Requests for Production.

    2. Provide the names, addresses, and telephone numbers of any individual who has any knowledge whatsoever regarding the incident described in the Plaintiff's complaint.

    3. Provide the name, addresses, prisoner numbers and telephone numbers of all persons who were included in the work-detail with Plaintiff on November 10, 2006, wherein he was injured.

    4. Provide the name, address, position of employment and telephone number of

each person employed or associated with Barbour County, Alabama having responsibility for assigning, creating, managing and/or supervising the work detail on November 10, 2006, wherein Plaintiff was injured.

5. Provide the name, address, prisoner number and telephone number of the inmate operating the chainsaw that cut the tree that broke Plaintiff's back on November 10, 2006.

6. Produce a copy of any and all writings, e-mails, photographs or recordings generated as a result of any investigation of the incident made the basis of this suit.

7. Produce a copy of any and all writings or e-mails which in any way outline the agreement between Barbour County and the State of Alabama pertinent to the loaning of prison inmates for county work as of November 10, 2006.

8. Produce a copy of any and all policies and/or procedures instituted by Barbour County or the State of Alabama relating to right-of-way or easement clearing by prison inmates.

9. Produce a copy of any and all policies and/or procedures instituted by Barbour County which detail proper procedures to be utilized when tree cutting or the use of power saws is anticipated.

10. Produce a copy of any and all insurance contracts which provide coverage to Barbour County or any of its employees for negligence for the claims asserted in Plaintiff's complaint.

11. Provide the names, addresses, and telephone numbers of each and every individual who witnessed the incident made the basis of this suit.

12. Produce a copy of any and all statements taken from any witness who is alleged to have seen the incident described in the Plaintiff's complaint or from any employee or person associated with Barbour County or the State of Alabama which related to the incident in question.

13. Provide the names, addresses, and telephone numbers of each and every individual retained by the State of Alabama who has any knowledge whatsoever regarding the incident made the basis of the Plaintiff's suit.

14. Produce a copy of any and all writings generated as a result of the use of any state prisoner by Barbour County, including but not limited to job lists, availability, job descriptions, or anticipated jobs to be performed by state inmates, safety procedures, manuals or any other documents.

15. Produce a copy of the names and addresses of any and all individuals who had

any input into the arrangement whereby State employees would be borrowed by Barbour County.

16. Produce a copy of any and all documents pertinent to compensation paid for services in kind or cash in exchange for the use of Alabama State prisoners.

17. Produce a copy of the names, addresses, and telephone numbers of each and every State or County inmate who has been used by Barbour County and who has suffered any injury which necessitated medical care.

18. Produce a copy of the job description for the job in question.

19. Produce a copy of any writings or e-mails, photographs or recordings generated as a result of this particular job, including any letters or writings of any kind exchanged between the State of Alabama and Barbour County.

20. Produce a copy of any and all invoices and/or writings from Barbour County indicating completion of the job in question.

21. Produce a copy of any and all certifications, employment records, evaluations or background checks of state or county employees who supervised, created or were in anyway

involved in the job in question.

22. Produce a copy of all writings or e-mails of any kind generated for the State of Alabama regarding training and/or supervising of the inmates utilized by Barbour County.

23. Produce any and all writings or e-mails between Barbour County and the State of Alabama between Barbour County and any of its employees and/or agents or between the State of Alabama and/or any of its employees or agents which in any way involve the job in question.

                                      Respectfully Submitted,
                                      McFADDEN, LYON & ROUSE, L.LC.
                                      Attorneys for Plaintiff

                                      Thomas H. Benton(BENTT7091)
                                      McFadden, Lyon & Rouse, L.L.C.
                                      718 Downtowner Boulevard
                                      Mobile, Alabama 36609
                                      Telephone: (251) 342-9172
                                      Facsimile: (251) 342-9457
                                      E-mail:    tbenton@mlrlawyers.com

                                      Bryan G. Duhe ( DUHEB6339)
                                      Attorney for Plaintiff
                                      2500 Dauphin Street
                                      Mobile, Alabama 36606
                                      Telephone: (251) 479-6500
                                      Facsimile: (251) 479-3575 - Fax
                                      E-mail:    bryanduhe@aol.com