IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL TRAVIS BUCKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV-01119-WKW-CSC |
| ) | |
| BARBOUR COUNTY, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW MICHAEL TRAVIS BUCKLEY, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

1-03-08
Date

Respectfully submitted
McFADDEN, LYON & ROUSE, L.L.C.
Attorney for Plaintiff, Michael Travis Buckley

Thomas H. Benton, Jr. (BENTT7092)
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
Telephone: (251) 342-9172
Facsimile:  (251) 342-9457
E-mail tbenton@mlrlawyers.com

## CERTIFICATE OF SERVICE

I, Thomas H. Benton, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, on this 3rd day of January 2008 to:

BARBOUR COUNTY, ALABAMA
c/o County Administrator, Jackie Guthrie
Post Office Box 398
Clayton, Alabama 36016

_1-03-08_
Date

THOMAS H. BENTON, JR.