IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

MICHAEL TRAVIS BUCKLEY,

Plaintiff,

v.

BARBOUR COUNTY, ALABAMA,

Defendants,

CASE NO. 2:07-cv-1119-WKW-CSC

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Barbour County, Alabama_, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

1/23/2008
Date

(Signature)

C. Richard Hill, Jr.
(Counsel's Name)

Barbour County, Alabama
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by  electronic mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 23rd ___day of January_____ 20 08 to:

Bryan G. Duhe, Esquire

Thomas H. Benton, Esquire

1/23/2008
Date

Signature