IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL TRAVIS BUCKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-1119-WKW |
| | ) |
| BARBOUR COUNTY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of defendant's Motion to Stay Discovery Pending a Ruling on Defendant Barbour County's Motion to Dismiss (Doc. # 10), it is ORDERED that the motion is GRANTED and discovery is stayed until the court resolves the pending motion to dismiss.

DONE this 29th day of January, 2008.

           /s/   W. Keith Watkins
           UNITED STATES DISTRICT JUDGE