**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MICHAEL TRAVIS BUCKLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. : 2:07-cv-1119-WKW-CSC |
| | ) |
| **BARBOUR COUNTY, ALABAMA,** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Barbour County, Alabama Defendant in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. C. Richard Hill, Jr. of Webb & Eley, P.C. remains attorney of record.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of said Defendant.

Respectfully submitted this the 29th day of May, 2008.

s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama  36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail:  jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of May, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide notice to

2

the following CM/ECF participant: **Bryan G. Duhe, Esquire;** and **Thomas H. Benton, Esquire**.

        **s/Joseph L. Hubbard, Jr.**
        OF COUNSEL