IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL TRAVIS BUCKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-1119-WKW |
| | ) |
| BARBOUR COUNTY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of the Motion to Withdraw (Doc. # 15), filed by attorney Joseph L. Hubbard, it is ORDERED that the motion is GRANTED.

DONE this 2nd day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE