**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MICHAEL TRAVIS BUCKLEY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. : 2:07-cv-1119-WKW-CSC |
| | ) |
| **BARBOUR COUNTY, ALABAMA,** | ) |
| | ) |
|     **Defendant.** | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances:**

   Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties was held on July 25, 2008, by telephone.

   a. Appearing on behalf of Plaintiff:
      Thomas H. Benton & Bryan Duhe

   b. Appearing on behalf of Defendant:
      C. Richard Hill, Jr.

2. **Parties:**

   a. The Plaintiff shall have until October 1, 2008, to join any additional parties.

   b. The Defendant shall have until October 31, 2008, to join any additional parties.

3. **Pleadings:**

   a. The Plaintiff shall have until October 1, 2008, to amend the pleadings.

   b. The Defendant shall have until October 31, 2008, to amend the pleadings.

4. **Dispositive Motions:**

   All potentially dispositive motions must be filed by July 5, 2009.

5. **Expert Testimony:**

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed. R. Civ. P. 26(a)(2)(B), from any specially retained or employed expert are due:

    a.    From the Plaintiff:   May 15, 2009

    b.    From the Defendant:  June 15, 2009

6. **Discovery Limitations and Cutoffs:**

    a.    Unless modified by stipulation of the parties:

**Depositions:**

Maximum of 12 depositions for the Plaintiff and 12 depositions for the Defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

**Interrogatories:**

Maximum of 25 by each party, with responses due within 30 days after service.

**Request for Admissions**:

Maximum of 25 by each party, with responses due within 30 days after service.

**Request for Production**:

Maximum of 25 by each party, with responses due within 30 days after service.

**Supplementation**:

Supplements under rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

    b.    Pre-discovery disclosure: the parties shall exchange the information required by Local rule 26.1(a)(1) by October 1, 2008.

    c.    Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by June 1, 2009.

7.  **Pre-trial conference:**

This case may be set for pretrial conference in March, 2009, in Birmingham, Alabama.

8.  **Trial:**

This case may be set for trial after April 1, 2009, in Birmingham, Alabama. Trial is expected to last 2 to 3 days.

9.  **Final lists:**

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3), must be served and filed:

   a.  By the Plaintiff: 30 days prior to trial.

   b.  By the Defendant: 30 days prior to trial.

Objections are to be filed within 15 days after receipt of final lists.

10. **Scheduling Conference:**

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

11. Counsel for the Plaintiff has reviewed this Report and have given Counsel for the Defendant permission to submit their electronic signatures to the Court below.

Respectfully submitted this the 4th day of August, 2008.

/s/C. Richard Hill, Jr.
C. RICHARD HILL, JR. (HIL045)
Attorney for Defendant

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1772
Email: rhill@webbeley.com

/s/**Thomas H. Benton, Jr.**
THOMAS H. BENTON, JR. (BENTT7091)
Attorney for Plaintiff

OF COUNSEL:

McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama  36609-5499
(251) 342-9172 –Telephone
(251) 342-9457 – Fax
tbenton@mlrlawyers.com

/s/**Bryan Duhe**
BRYAN DUHE (DUHEB6339)
Attorney for Plaintiff

OF COUNSEL:

Law Office of Bryan Duhe
2500 Dauphin Street
Mobile, Alabama  36606
(251) 479-6500 – Telephone
(251) 479-3575 – Fax
bryanduhe@aol.com