IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MICHAEL TRAVIS BUCKLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 2:07-cv-1119-WKW |
| BARBOUR COUNTY ALABAMA, | * | |
| Defendant. | * | |

**INITIAL DISCLOSURES OF PLAINTIFF**

In accordance with Rule 26(a)(1), Fed. R. Civ. P., Plaintiffs submit the following statement of initial disclosures:

**I.   PERSONS WITH RELEVANT INFORMATION**

Plaintiffs adopt by reference all individuals or entities identified in the initial disclosures of the Defendants. Plaintiffs do not know whether all individuals named by the Defendant have knowledge of facts relevant to this lawsuit or the facts attributed to them by the Defendant. Plaintiffs also believe that the following individuals have knowledge of the events surrounding the factual allegations in the Plaintiffs' complaint.

   1.   Michael T. Buckley, Plaintiff Mr. Buckley has knowledge of the accident and of the injuries and damages sustained as a result of the accident.

**II.   DOCUMENTS**

All relevant, non-privileged documents that Plaintiff possess at the current time and may use to support their position with respect to any significant factual issue will be made available upon request for inspection and copying at a mutually convenient time at the offices of McFadden, Lyon & Rouse, L.L.C., 718 Downtowner Boulevard, Mobile, Alabama 36609. Any

documents containing confidential and/or proprietary information will be provided upon entry of an appropriate protective order.

Plaintiffs reserve the right to supplement these disclosures in accordance with Rule 26(a) of the Federal Rules of Civil Procedure and/or the Court's orders. Specific documents that Plaintiffs have in their possession are as follows:

Plaintiff will produce a copy of the medical records when they are received from the medical provider.

### III. DAMAGES

a. Medical expenses; the amount will be supplemented when the bills are received.

b. Future medical expenses and life care costs; the amount will be supplemented when opinioned by Plaintiff's treating physician and Plaintiff's life care expert.

### IV. INSURANCE AGREEMENT

Not applicable.

Respectfully submitted,

/s/THOMAS H. BENTON, JR. (BENTT7091)
Thomas H. Benton, Jr.
MCFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
Telephone: (251) 342-9172
Facsimile: (251) 342-9457
E-Mail: tbenton@mlrlawyers.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on August 11, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Charles Richard Hill, Jr. | Bryan Gerard Duhe |
| Webb & Eley, P.C. | Bryan G. Duhe, P.C. |
| Post Office Box 240909 | 2500 Dauphin Street |
| Montgomery, AL 36124-0909 | Mobile, Alabama 36606 |

      /s/Thomas H. Benton, Jr.