IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL TRAVIS BUCKLEY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   CASE NO.: 2:07-cv-1119-WKW |
| | * |
| **BARBOUR COUNTY, ALABAMA**, | * |
| | * |
| **Defendant.** | * |
| | * |

### NOTICE OF DEPOSITION

TO:        Charles R. Hill, Jr.
              Webb & Eley, P.C.
              Post Office Box 240909
              Montgomery, Alabama 36124-0909

              Bryan G. Duhe
              Bryan G. Duhe, P.C.
              2500 Dauphin Street
              Mobile, Alabama 36606

DEPONENT:    Grover B. Forte

TIME:          1:30 P.M.

DATE:          9/17/08

LOCATION:     Freedom Court Reporting
              Foster Corner
              188 North Foster Street, Suite 106
              Dothan, Alabama 36303

PLEASE TAKE NOTICE THAT Thomas H. Benton, Jr., attorney for Plaintiff will take the deposition of Grover B. Forte at the time, date and location indicated above, upon oral examination pursuant to Alabama Rules of Civil Procedure before an officer duly authorized to administer oaths and swear witness in the State of Alabama.

This deposition is being taken for the purposes of discovery and/or preservation of testimony

for use at a trial or both, or for such other purposes as are permitted by the applicable and governing rules. The deposition will continue from day to day until completed and you are invited to attend and examine the deponent.

                                      Respectfully submitted,

                                        /s/ THOMAS H. BENTON, JR. (BENTT7091)
                                        THOMAS H. BENTON, JR.
                                        McFADDEN, LYON & ROUSE, LLC
                                        718 Downtowner Boulevard
                                        Mobile, Alabama 36609
                                        Telephone: 251-342-9172
                                        Facsimile:  251-342-9457
                                        E-mail     : tbenton@mlrlawyers.com
                                        *Attorney for Plaintiff*


**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of August, 2008, I have served a copy of the foregoing upon all counsel listed below by e-file and/or by placing a copy of the same in the United States Mail, postage prepaid to the following:

| | |
|---|---|
| Charles R. Hill, Jr., Esq. | Bryan G. Duhe |
| Webb & Eley, P.C. | Bryan G. Duhe, P.C. |
| Post Office Box 240909 | 2500 Dauphin Street |
| Montgomery, Alabama 36124-0909 | Mobile, Alabama 36606 |

                                                      /s/ Thomas H. Benton, Jr.