**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL TRAVIS BUCKLEY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO.: 2:07-cv-1119-WKW** |
| | * | |
| **BARBOUR COUNTY, ALABAMA**, | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**NOTICE OF DEPOSITION**

TO:             Charles R. Hill, Jr.
                Webb & Eley, P.C.
                Post Office Box 240909
                Montgomery, Alabama 36124-0909

                Bryan G. Duhe
                Bryan G. Duhe, P.C.
                2500 Dauphin Street
                Mobile, Alabama 36606

DEPONENT:       Kenneth Earl Gilmore

TIME:           2:30 P.M.

DATE:           9/17/08

LOCATION:       Freedom Court Reporting
                Foster Corner
                188 North Foster Street, Suite 106
                Dothan, Alabama 36303

PLEASE TAKE NOTICE THAT Thomas H. Benton, Jr., attorney for Plaintiff will take the

deposition of Kenneth Earl Gilmore at the time, date and location indicated above, upon oral

examination pursuant to Alabama Rules of Civil Procedure before an officer duly authorized to

administer oaths and swear witness in the State of Alabama.

This deposition is being taken for the purposes of discovery and/or preservation of testimony

for use at a trial or both, or for such other purposes as are permitted by the applicable and governing

rules.  The deposition will continue from day to day until completed and you are invited to attend

and examine the deponent.

Respectfully submitted,

/s/ THOMAS H. BENTON, JR. (BENTT7091)
THOMAS H. BENTON, JR.
McFADDEN, LYON & ROUSE, LLC
718 Downtowner Boulevard
Mobile, Alabama 36609
Telephone: 251-342-9172
Facsimile:  251-342-9457
E-mail    : tbenton@mlrlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2008, I have served a copy of the foregoing
upon all counsel listed below by e-file and/or by placing a copy of the same in the United States
Mail, postage prepaid to the following:

| | |
|---|---|
| Charles R. Hill, Jr., Esq. | Bryan G. Duhe |
| Webb & Eley, P.C. | Bryan G.  Duhe, P.C. |
| Post Office Box 240909 | 2500 Dauphin Street |
| Montgomery, Alabama 36124-0909 | Mobile, Alabama 36606 |

/s/ Thomas H. Benton, Jr.