IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL TRAVIS BUCKLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. : 2:07-cv-1119-WKW-CSC |
| | ) |
| **BARBOUR COUNTY, ALABAMA,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW Joseph L. Hubbard, Jr., of the law firm of Webb & Eley, P.C., and files to re-enter his Appearance as additional counsel of record for Defendant, Barbour County, Alabama, in the above-styled matter.

Respectfully submitted this the 28th day of August, 2008.

> s/Joseph L. Hubbard, Jr.
> JOSEPH L. HUBBARD, JR. (HUBB5825)
> WEBB & ELEY, P.C.
> Post Office Box 240909
> Montgomery, Alabama  36124
> (334) 262-1850 - Telephone
> (334) 262-1889 - Fax
> E-mail:  jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of August, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants: **Bryan G. Duhe, Esquire;** and **Thomas H. Benton, Esquire**.

> **s/Joseph L. Hubbard, Jr.**
> OF COUNSEL