IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL TRAVIS BUCKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-1119-WKW |
| ) | |
| BARBOUR COUNTY, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The court construes Plaintiff's position in the Joint Report on Status of Discovery (Doc. # 30) to be a motion to allow depositions before the filing of the Amended Complaint. That motion is DENIED.

Done this 2nd day of September 2008.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE